PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 24, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0059 JAM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| TERENCE AUBREY LARKER, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Denise Yasinow, to Seal Indictment, and this Order, in the above-referenced cas, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 03/24/2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE