1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12                          Plaintiff,        CASE NO.  2:22-CR-59-JAM

13            v.                              **STIPULATION AND ORDER CONTINUING
                                             STATUS CONFERENCE AND REGARDING**
14 TERENCE AUBREY LARKER,                    **EXCLUDABLE TIME PERIODS UNDER
                                             SPEEDY TRIAL ACT**
15                          Defendant.

16

17        Plaintiff United States of America, by and through its counsel of record, and defendant Terence

18 Larker, by and through his counsel of record, hereby stipulate as follows:

19        1.      By previous order a status conference in this matter was scheduled for July 26, 2022, and

20 all time up to July 26, 2022, was deemed excluded from the Speedy Trial Act under Local Code T4.

21 ECF 22.

22        2.      By this stipulation and proposed order, the parties now move to continue the status

23 conference in this matter to September 20, 2022, at 9:30 am, with all time until that date excluded under

24 Local Code T4.

25        3.      The parties agree and stipulate, and request that the Court find the following:

26            a)      Defense counsel is still in the process of accessing and reviewing discovery and

27 discussing with his client.

28

**Stipulation and Order Continuing Status
Conference**

b)      Defense counsel desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

c)      Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2022, to September 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 12, 2022                          PHILLIP A. TALBERT
                                              United States Attorney


                                               /s/ Denise N. Yasinow
                                              Denise N. Yasinow
                                              Assistant United States
                                              Attorney

**Stipulation and Order Continuing Status Conference**

1

2   Dated:  July 12, 2022                    /s/ Eduardo Garnica
                                            Counsel for Defendant
3                                           Terence Larker

4

5

6                         **FINDINGS AND ORDER**

7       IT IS SO FOUND AND ORDERED this 13th day of July, 2022.

8

9                              /s/ John A. Mendez

10                             THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT COURT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order Continuing Status
Conference**